**STATE v. SMITH**

[342 N.C. 407 (1995)]

STATE OF NORTH CAROLINA v. ALFREDO F. SMITH, JR.

No. 125A95

(Filed 8 December 1995)

Appeal by the State pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 118 N.C. App. 106, 454 S.E.2d 680 (1995), granting the defendant a new trial. Heard in the Supreme Court 17 November 1995.

*Michael F. Easley, Attorney General, by Robin P. Pendergraft, Special Deputy Attorney General, for the State.*

*Beaver, Holt, Richardson, Sternlicht, Burge & Glazier, P.A., by Richard B. Glazier, for defendant-appellee.*

*American Civil Liberties Union Legal Foundation, by Deborah K. Ross, amicus curiae.*

PER CURIAM.

Reversed for the reasons stated in the dissenting opinion by Judge Walker.

REVERSED.